Search      Free Upgrade to Premium

Military Tuition Discount - Four-week classes start monthly. Enroll today! Ad ...





Join over 8,200 veteran team members work here at Wells Fargo.

 

Michael: Build your next career her

**Explore careers**

### Jack Remondi • 3rd
President and CEO at Navient
Wilmington, Delaware

Message  ...

 Navient
 Connecticut College
 See contact info
 500+ connections

Jack Remondi is the president and CEO of Navient, the nation's leading loan management, servicing and asset recovery company, helping customers navigate the path to financial success. The company employs about 6,000 team members in 10+ states. He is also a member of the Navient board of directors. Servic...



Show more ⌄

---

**People Also Viewed**

**Dan Vipperman** • 3rd
Vice President at Navient

**Jennifer Walker** • 3rd
Senior Vice President & Chief Au Officer at Navient

**Joe Fisher, CFA** • 3rd
Vice President, Investor Relation Corporate Development at Navi

**Troy Standish** • 3rd
Senior Vice President at Navient

**Michael Simpson** • 3rd
Director, Private Credit Operatio Navient

**Jason Wheeler** • 3rd
Senior Vice President of FP&A at Navient

**Ross Hibbert** • 3rd
Senior Director, Application Development and Process Engin at Navient

**Christi Hewes** • 3rd
Senior Director - Chief of Staff -

**Jon Kroehler** • 3rd
SVP, HR at Navient (was Sallie M

**Marcos Bronfman** • 3rd
Vice President at Navient

**Learn the skills Jack has**

Charlene Li on Digital Leadership
Viewers: 44,330

Mergers and Acquisit Foundations (2014)
Viewers: 46,615

---

**Get the LinkedIn app and see more profiles like Jack's anytime, anywhere** ✕

viamlegend@hotmail.com | Send me a link |  Jack Remondi President and CEO...

Or send me an SMS instead

### Articles & activity
589 followers

 **How One Company Created Expertise and Equality in the...**
Jack Remondi
Published on LinkedIn

Cross-posted from Medium.com. The following has been adapted from prepared remarks, delivered by Jack Remondi, for a conference hosted by Skytop Strategies: "Gender Equality in the C-Suite & Boardroom ...see more

17 Likes

👍 Like   💬 Comment   ➤ Share

See all articles

**At Navient, we strategically sought the skills we needed from diverse...**
Jack shared this
21 Likes • 1 Comment

**We use a data-driven approach and consumer insights to deliver...**
Jack shared this
19 Likes • 1 Comment

See all activity





3 Messaging

**President and Chief Executive Officer**
Navient
May 2014 – Present · 4 yrs 6 mos
Wilmington, DE

**President and Chief Executive Officer**
Sallie Mae
May 2013 – May 2014 · 1 yr 1 mo
Newark, DE

**Sallie Mae**
5 yrs

- **President and Chief Operating Officer**
  2011 – 2013 · 2 yrs
  Newark, DE

- **Vice Chairman and Chief Financial Officer**
  2008 – 2011 · 3 yrs
  Newark, DE

## Education

**Connecticut College**
Bachelor's Degree, Economics

## Volunteer Experience

**Chairman of the Board**
Reading Is Fundamental
Education

**Board Member**
Nellie Mae Education Foundation
Education