# John Kane

**Executive Compensation (https://swz.salary.com/ExecComp/LayoutScripts/Excl_CompanySearch.aspx)**

As **Group President, Business Processing Solutions** at **NAVIENT CORP**, **John Kane** made **$2,613,234** in total compensation. Of this total **$458,461** was received as a salary, **$664,470** was received as a bonus, **$289,998** was received in stock options, **$1,159,978** was awarded as stock and **$40,327** came from other types of compensation. This information is according to proxy statements filed for the **2017** fiscal year.

**Group President, Business Processing Solutions**

**NAVIENT CORP**





$2,613,234 Total Compensation

Fiscal Year Ended in 2017

  (https://secure.salary.com/job-valuation-report)

| NEW SEARCH | ENTER AN EXECUTIVE OR COMPANY NAME | |
|---|---|---|
| | e.g. IBM | Go |

The chart on this page features a breakdown of the total annual pay for **John Kane**, **Group President, Business Processing Solutions** at **NAVIENT CORP** as reported in their proxy statements.

**Total Cash Compensation** information is comprised of yearly Base Pay and Bonuses. **NAVIENT CORP** income statements for executive base pay and bonus are filed yearly with the SEC in the edgar filing system. **NAVIENT CORP** annual reports of executive compensation and pay are most commonly found in the Def 14a documents.

**Total Equity** aggregates grant date fair value of stock and option awards and long term incentives granted during the fiscal year.

**Other Compensation** covers all compensation-like awards that don't fit in any of these other standard categories. Numbers reported do not include change in pension value and non-qualified deferred compensation earnings.

**Other Executives at this Company**

Somsak Chivavibul (https://www1.salary.com/Somsak-Chivavibul-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

Tim Hynes (https://www1.salary.com/Tim-Hynes-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

Jack Remondi (https://www1.salary.com/Jack-Remondi-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

Mark Heleen (https://www1.salary.com/Mark-Heleen-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

Jeff Whorley (https://www1.salary.com/Jeff-Whorley-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

Christian Lown (https://www1.salary.com/Christian-Lown-Salary-Bonus-Stock-Options-for-NAVIENT-CORP.html)

### John Kane

| Base Pay $458,461 | Bonus + Incentive Comp $664,470 | Total Cash Compensation $1,122,931 |
|---|---|---|
| Stock Award Value $1,159,978 | Option Award Value $289,998 | Total Equity $1,449,976 |
| | | Total Other $40,327 |
| | | Total Compensation $2,613,234 |

**Browse Executives by First Name**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

10/23/2018 Compensation Information for John Kane, Group President Business Processing Solutions of NAVIENT CORP | Salary.com

Case 1:18-cv-23677-MGC   Document 24-3   Entered on FLSD Docket 10/25/2018   Page 2 of 3

This report is not for commercial use. Thorough reviews have been conducted to assure this data accurately reflects disclosures. However for a complete and definitive understanding of the pay practices of any company, users should refer directly to the actual, complete proxy statement.

**Use of Data / Disclaimer**

The information shown here is a reporting of information included in the company's proxy statement. The proxy statement includes footnotes and explanations of this information plus other information that is pertinent in assessing the overall value and appropriateness of the compensation information. For those interested in conducting a detailed compensation analysis, we recommend that you review the entire proxy statement. You may retrieve the full proxy statement by going to the Securities and Exchange Commission (SEC) website at www.sec.gov (http://www.sec.gov/edgar/searchedgar/companysearch.html) and entering the company's name and then looking in the first column for an entry of "Form DEF 14A" (or any similar code). You may also find the annual proxy statement by going directly to the company's website.

**What is a proxy statement?**

A proxy statement (or "proxy") is a form that every publicly traded U.S. company is required to file with the U.S. Securities & Exchange Commission (SEC) within 120 days after the end of its fiscal year. The proxy must be sent to every shareholder in advance of the company's annual shareholders meeting. All proxy statements are public filings made available to the general public by the SEC. The proxy statement's main purpose is to alert shareholders to the annual meeting and provide them information about the issues that will be voted on during the annual meeting, including decisions such as electing directors, ratifying the selection of auditors, and other shareholder-related decisions, including shareholder-initiated initiatives. Also, proxies must disclose specific detailed information regarding the pay practices for certain executives.

PERSONAL

# What are you worth?

Find out what you should earn with a customized salary estimate and negotiate with confidence.

Get my salary estimate (https://secure.salary.com/personalsalaryreport)

---

BUSINESS

Stay competitive with the world's most innovative compensation software solution.

Get a Demo (https://www.salary.com/demo/)    Login

---

10/23/2018 Compensation Information for John Kane 2, Group President, Business Processing Solutions of NAVIENT CORP. | Salary.com

Case 1:18-cv-23677-MGC Document 24-3 Entered on FLSD Docket 10/25/2018 Page 3 of 3



(https://www.salary.com)

CONNECT WITH US  (https://www.linkedin.com/company/salarydotcom/)  (https://twitter.com/salary) (https://www.facebook.com/mysalary)

Home (https://www.salary.com)

Personal (https://www.salary.com/personal/)

Business (https://www.salary.com/business/)

Solutions (https://www.salary.com/solutions/)

Learn (https://www.salary.com/learn/)

About Us (https://www.salary.com/about-us/)

Contact Us (https://www.salary.com/contact/)

©2018 Salary.com. All rights reserved.

Privacy Policy (https://www.salary.com/legal/pp/) | Terms of Use (https://www.salary.com/legal/wtou/)