# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov... GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports   Commercial Recordings   Licensing

# STUDENT ASSISTANCE CORPORATION

🔍 New Search     Manage this Business     $ Calculate List Fees     🖨 Printer Friendly

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 2/21/2001 |
| Type: | Foreign Corporation | Entity Number: | C4309-2001 |
| Qualifying State: | DE | List of Officers Due: | 2/28/2019 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20011219978 | Business License Exp: | 2/28/2019 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | CSC SERVICES OF NEVADA, INC. | Address 1: | 2215-B RENAISSANCE DR |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89119 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 10.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 0.01 |

## Officers                                             ☐ Include Inactive Officers

| President - KEVIN CAMPBELL | | | |
|---|---|---|---|
| Address 1: | 4501 N. SUPERIOR DRIVE | Address 2: | |
| City: | MUNCIE | State: | IN |
| Zip Code: | 47303 | Country: | |
| Status: | Active | Email: | |
| Secretary - MARK HELEEN | | | |
| Address 1: | 123 JUSTISON STREET | Address 2: | |
| City: | WILMINGTON | State: | DE |
| Zip Code: | 19801 | Country: | |
| Status: | Active | Email: | |
| Director - JOHN M KANE | | | |
| Address 1: | 123 JUSTISON STREET | Address 2: | |
| City: | WILMINGTON | State: | DE |
| Zip Code: | 19801 | Country: | |
| Status: | Active | Email: | |
| Treasurer - ERIC KISS | | | |
| Address 1: | 2001 EDMUND HALLEY DRIVE | Address 2: | |
| City: | RESTON | State: | VA |
| Zip Code: | 20191 | Country: | |
| Status: | Active | Email: | |

**−  Actions\Amendments**

**Click here to view 20 actions\amendments associated with this company**