# John Kane

## COO, Navient Corp

add relationship    edit    flag

Edited by **System** over 4 years ago History

John Kane played an integral role in the creation of Navient and now serves as COO. In this role, he leads servicing operations, default prevention, and initiatives that assist Navient customers to successfully repay their student loans.
He is also responsible for Navient's asset recovery businesses, which recover billions of dollars on behalf of taxpayers through multiple contracts with various institutions and government agencies.
Previously, John was a senior vice president for Sallie Mae, where he oversaw sound credit risk management and played a leadership role in developing a pioneer loan modification program to assist student loan customers experiencing difficulty.
John has also served in a variety of roles within consumer credit operations at MBNA America and Bank of America, including credit acquisition, collections and fraud prevention.
John received a Bachelor of Arts degree in economics from the University of Delaware.

« less

| Relationships | Interlocks | Giving | Political | Data |

### Business Positions

**Navient Corporation**   Publicly traded, student-loan servicing business | Sallie Mae spin off
 • Chief Operating Officer

**Bank of America Corporation**   The largest bank holding company in the United States
 • Consumer credit operations (past)

**Sallie Mae**   Student loan company
 • Senior Vice President (past)

**FIA Card Services, N.A.**   Formerly MBNA | Merged with Bank of America Corp in 2006
 • Consumer credit operations (past)

### Donation/Grant Recipients

**John Boehner**   US Representative from Ohio
 • 2 contributions · $7,500 ('12)

**Sallie Mae Inc Political Action Committee (Sallie Mae PAC)**
 • 2 contributions · $5,000 ('11→'12)

**National Republican Congressional Committee**
 • 1 contribution · $2,500 ('12)

**Christopher A Coons**   US Senator from Delaware
 • 3 contributions · $1,250 ('10→'11)

**Bank of America Corporation State and Federal PAC**   Bank of America state and federal
 • 1 contribution · $1,000 ('06)

**Pennsylvania Democratic Party**
 • 1 contribution · $375 ('12)

### Basic info

**Types**   Person, Business Person

### Source Links

Articles documenting info on this page
Number of documents: *12* :: see all
Navient - John Kane
Navient Leadership

### Lists

Analyst-created lists of people and org

### Similar Entities

John Kane
John Kane
John T Sharkey
John I. Kane

---

A project of the Public Accountability Initiative. More about LittleSis. Read the disclaimer.