

Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

# Detail by Entity Name

**Foreign Limited Liability Company**
NAVIENT SOLUTIONS, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | M17000000866 |
| **FEI/EIN Number** | 54-1843973 |
| **Date Filed** | 01/31/2017 |
| **State** | DE |
| **Status** | ACTIVE |

### Principal Address

2001 EDMUND HALLEY DR
RESTON, VA 20191

### Mailing Address

2001 EDMUND HALLEY DR
RESTON, VA 20191

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

### Authorized Person(s) Detail

**Name & Address**

Title Manager

KANE, JOHN M.
123 JUSTISON ST
WILMINGTON, DE 19801

Title Authorized Member

Navient Corporation
123 JUSTISON ST
WILMINGTON, DE 19801

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 01/30/2018 |

### Document Images

| | |
|---|---|
| 01/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2017 -- Foreign Limited | View image in PDF format |