

# Navient appoints John Kane and Jeff Whorley as group presidents to lead business growth

  Email   Print Friendly   Share

June 03, 2015 16:15 ET | Source: Navient Corporation

WILMINGTON, Del., June 3, 2015 (GLOBE NEWSWIRE) -- Navient (Nasdaq:**NAVI**), the nation's leading loan management, servicing and asset recovery company, announced the appointment of John Kane as group president for asset recovery and business services, and John (Jeff) F. Whorley Jr. as group president for asset management and servicing.

"Working in these newly created roles, John and Jeff bring experience, depth and breadth to lead us as we grow our existing services and develop new business opportunities that leverage our core capabilities," said Jack Remondi, president and CEO. "These appointments bring us the focus and alignment to further enhance customer and client success and increase shareholder value."

Kane played a leadership role in the successful spin-off of Navient, and then served as chief operating officer during Navient's first year as an independent company. He first joined the company in 2008, after 17 years managing various consumer credit operations at MBNA and Bank of America. Kane received a bachelor's degree from University of Delaware.

Whorley is an experienced leader in student loan servicing and asset recovery, serving in various executive roles at USA Group and Sallie Mae between 1995 and 2007. He spent the last six years leading higher education technology start-ups. Whorley received a bachelor's degree from the University of the South (Sewanee), and a Master of Business Administration degree from the University of Indianapolis.

**About Navient**

As the nation's leading loan management, servicing and asset recovery company, Navient (Nasdaq:**NAVI**) helps customers navigate the path to financial success. Servicing more than $300 billion in student loans, the company supports the educational and economic achievements of more than 12 million Americans. A growing number of government and higher education clients rely on Navient for proven solutions to meet their financial goals.

Learn more at navient.com. Navient began trading on Nasdaq as an independent company on May 1, 2014.

```
Media: Patricia Nash Christel
302-283-4076, patricia.christel@navient.com

Investors: Joe Fisher
302-283-4075, joe.fisher@navient.com
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2018 GlobeNewswire, Inc. All Rights Reserved.