**NAVIENT CORPORATION BOARD OF DIRECTORS**

**COMMITTEE ASSIGNMENTS**

**<u>Executive Committee</u>**

William M. Diefenderfer, Chair
Anna Escobedo Cabral
Katherine A. Lehman
Jack Remondi
Jane J. Thompson
Laura S. Unger

**<u>Audit</u>**

Anna Escobedo Cabral, Chair
Frederick Arnold
Laura S. Unger
David L. Yowan

**<u>Finance and Operations</u>**

Katherine A. Lehman, Chair
Linda A. Mills
Jane J. Thompson
David L. Yowan

**<u>Compensation and Personnel</u>**

Jane J. Thompson, Chair
Linda A. Mills
Katherine A. Lehman
Barry L. Williams

**<u>Nominations and Governance</u>**

Laura S. Unger, Chair
Anna Escobedo Cabral
Barry L. Williams

August 2018