**2018 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P26505

**Entity Name:** CORPORATION SERVICE COMPANY

**FILED**
Apr 27, 2018
Secretary of State
CC1831728285

**Current Principal Place of Business:**

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Current Mailing Address:**

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808 US

**FEI Number:** 51-0009810

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JENNIFER BRENDLE                                         04/27/2018
         Electronic Signature of Registered Agent                    Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | DIRECTOR, PRESIDENT | Title | TREASURER |
| Name | WARD III, RODMAN | Name | FORTUNATO, JOHN JR. |
| Address | 251 LITTLE FALLS DRIVE | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON DE 19808 | City-State-Zip: | WILMINGTON DE 19808 |
| Title | SECRETARY | Title | DIRECTOR |
| Name | MASSIH , GEORGE A. III | Name | BURKICK, LALOR |
| Address | 251 LITTLE FALLS DRIVE | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON DE 19808 | City-State-Zip: | WILMINGTON DE 19808 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | BUTLER, DOUGLAS R. | Name | BUTLER, JEFFREY D. |
| Address | 251 LITTLE FALLS DRIVE | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON DE 19808 | City-State-Zip: | WILMINGTON DE 19808 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | DONOHUE, MICHAEL F. IV | Name | SANTORA, WILLIAM A. |
| Address | 251 LITTLE FALLS DRIVE | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON DE 19808 | City-State-Zip: | WILMINGTON DE 19808 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN FORTUNATO, JR                    TREASURER                 04/27/2018
         Electronic Signature of Signing Officer/Director Detail              Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | STANFORD, MARJORIE | | Name | UPADHYAY, SUKETU P. |
| Address | 251 LITTLE FALLS DRIVE | | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON  DE  19808 | | City-State-Zip: | WILMINGTON  DE  19808 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | WINN, BRUCE R. | | Name | BUTLER, LISA |
| Address | 251 LITTLE FALLS DRIVE | | Address | 251 LITTLE FALLS DRIVE |
| City-State-Zip: | WILMINGTON  DE  19808 | | City-State-Zip: | WILMINGTON  DE  19808 |

# 2017 FOREIGN PROFIT CORPORATION AMENDED ANNUAL REPORT

DOCUMENT# P26505

**Entity Name:** CORPORATION SERVICE COMPANY

**FILED**
May 01, 2017
Secretary of State
CC1015217645

**Current Principal Place of Business:**

2711 CENTERVILLE ROAD
 SUITE 400
WILMINGTON, DE 19808

**Current Mailing Address:**

2711 CENTERVILLE ROAD
 SUITE 400
WILMINGTON, DE 19808 US

**FEI Number:** 51-0009810

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JENNIFER BRENDLE                                                                      05/01/2017
            Electronic Signature of Registered Agent                                                     Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, PRESIDENT | | Title | TREASURER |
| Name | WARD III, RODMAN | | Name | FORTUNATO, JOHN JR. |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON DE 19808 | | City-State-Zip: | WILMINGTON DE 19808 |
| Title | SECRETARY | | Title | DIRECTOR |
| Name | MASSIH , GEORGE A. III | | Name | BURKICK, LALOR |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON DE 19808 | | City-State-Zip: | WILMINGTON DE 19808 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | BUTLER, DOUGLAS R. | | Name | BUTLER, JEFFREY D. |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON DE 19808 | | City-State-Zip: | WILMINGTON DE 19808 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | DONOHUE, MICHAEL F. IV | | Name | SANTORA, WILLIAM A. |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON DE 19808 | | City-State-Zip: | WILMINGTON DE 19808 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN FORTUNATO, JR.                              TREASURER                         05/01/2017
            Electronic Signature of Signing Officer/Director Detail                                      Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | STANFORD, MARJORIE | | Name | UPADHYAY, SUKETU P. |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON  DE  19808 | | City-State-Zip: | WILMINGTON  DE  19808 |

| | |
|---|---|
| Title | DIRECTOR |
| Name | WINN, BRUCE R. |
| Address | 2711 CENTERVILLE ROAD SUITE 400 |
| City-State-Zip: | WILMINGTON  DE  19808 |

# 2017 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P26505

**Entity Name:** CORPORATION SERVICE COMPANY

**FILED**
Mar 14, 2017
Secretary of State
CC0869033085

**Current Principal Place of Business:**

2711 CENTERVILLE ROAD
 SUITE 400
WILMINGTON, DE 19808

**Current Mailing Address:**

2711 CENTERVILLE ROAD
 SUITE 400
WILMINGTON, DE 19808 US

**FEI Number:** 51-0009810

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

SOULFABRICATIONS LLC
3521 ARCH ST
ORLANDO, FL 32808 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SHEREBIAH A ISRAEL                                      03/14/2017
            Electronic Signature of Registered Agent                 Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | PRESIDENT, CEO, TREASURER, DIRECTOR |
| Name | WARD III, RODMAN | | Name | SOULFABRICATIONS LLC |
| Address | 2711 CENTERVILLE ROAD SUITE 400 | | Address | 3521 ARCH ST |
| City-State-Zip: | WILMINGTON DE 19808 | | City-State-Zip: | ORLANDO FL 32808 |
| Title | VP | | | |
| Name | ISRAEL, SHEREBIAH A | | | |
| Address | 3521 ARCH ST | | | |
| City-State-Zip: | ORLANDO FL 32808 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SHEREBIAH A ISRAEL                         VP            03/14/2017
            Electronic Signature of Signing Officer/Director Detail                  Date