UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-23677-CIV-COOKE/GOODMAN

MARK SOBOCIENSKI

  Plaintiff

  vs.

STUDENT ASSISTANCE CORPORATION,
NAVIENT SOLUTIONS, LLC, f/k/a NAVIENT
SOLUTIONS, INC;
and NAVIENT CORPORATION.

  Defendant.
_____/

## MOTION FOR DISMISSAL

COMES NOW, Mark Sobocienski, Plaintiff ("Sobocienski"), by and through the undersigned to request for this court to order dismissal of this action with prejudice under Federal R. Civ. Proc. 41(a)(2).

The parties have mutually agreed to a dismissal of the action with prejudice by virtue of an executed settlement agreement between the parties. However, the parties cannot agree on the exact language of a stipulation of dismissal under Rule 41(a)(1)(ii) prior to the 30-day deadline set by this court in its February 1, 2019 Order.

Therefore, Plaintiff requests that this court require compliance with the settlement agreement so that it retains jurisdiction to enforce the terms of the settlement agreement and dismiss this action with prejudice.

                                          Submitted by counsel for Plaintiff below,

Motion for Dismissal
Case No.: 1:18-cv-23677-MGC
Page **2** of **3**



By_____
MICHAEL VAN CLEVE, ESQ.
FLORIDA BAR NO.: 89413

Email: michael@michaelvanclevelaw.com
Michael Van Cleve, Law
99 NW 183rd Street, Room 242B
North Miami Beach, FL 33169
Telephone: (334) 233-8842
**Attorney for Mark Sobocienski, Plaintiff**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served by email through the CM/ECF system on all counsel or parties of record on the Service List below on March 1, 2019.



By_____
MICHAEL VAN CLEVE, ESQ.
FLORIDA BAR NO.: 89413

Motion for Dismissal
Case No.: 1:18-cv-23677-MGC
Page **3** of **3**

# SERVICE LIST

**ATTORNEYS FOR DEFENDANTS SAC, NSL, AND NAVIENT CORP.**
Hinshaw & Culbertson LLP
Dennis N. Lueck, Jr.
800 Third Avenue
13th Floor
New York, NY, 10022
Tel: (212) 471-6216
Fax: (212) 935-1166
Email: DLueck@hinshawlaw.com
Secondary: JCarmichael@hinshawlaw.com

Hinshaw & Culbertson LLP
Barbara Fernandez
Florida Bar No. 0493767
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Tel: (305) 358-7747/(305) 428-5031
Fax: (305) 577-1063
Email: bfernandez@hinshawlaw.com
Secondary: dconnolly@hinshawlaw.com

Hinshaw & Culbertson LLP
Neda Ghomeshi
Florida Bar No. 123554
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: (305) 358-7747/(305) 428-5026
Facsimile: (305) 577-1063
Email: nghomeshi@hinshawlaw.com